(103 So. 914)

## Ex parte Millard RATLIFF. (5 Div. 914.)

(Supreme Court of Alabama. April 16, 1925.)

Certiorari to Court of Appeals.

Reynolds & Reynolds, of Clanton, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Millard Ratliff for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ratliff v. State, 103 So. 912.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.